United States District Court
Florence District of South Carolina

RECEIVED
USDC CLERK, COLUMBIA, SC
2016 AUG 26  PM 2: 10

Andre Juste  A078-347-419
CID CRCC # 251469
7901 Farrow Road
Columbia, South Carolina
29203

V

Trial Demanded by Jury
The (Hearing unlawful) neglect
Injuries bodies physically Exploitation

Rec
Columbia Regional Care Center

7901 Farrow Rd          Unit 7 A
Columbia South Carolina 29203

Correct Care Recovery Solutions

7901 Farrow Rd     Unit 7 A
Columbia  South Carolina 29203

Dr. Vernelle Foyle
7901 Farrow Road        Unit 74
Columbia, SC 29203

Dr. Cynthia Mc Fadden
7901 Farrow Road
Columbia, SC 29203      Unit 7A

Including but are not limited to
Jointly Person in Content or Defendants

Brice McClease
Chief Security Custody officer
7901 Farrow Road    Unit 7A
Columbia, S.C. 29203

Ronald Lawrenz
7901 Farrow Rd    Unit 7A
Columbia South Carolina 29203

Rose
7901 Farrow Road
Columbia, SC 29203

Nancy Crawford
Sr. Psychic
7901 Farrow Rd    Unit 7A
Columbia South Carolina,
              29203

Individuals medical staff
Nurses, Volunteers,
7901 Farrow Road    Unit 7A
Columbia, SC 29203

Individuals custody officers
Security custody officer staff
7901 Farrow Rd    Unit 7A
Columbia South Carolina 29203

Patients/ Individual Patients
7901 Farrow Road
Columbia, SC 29203  Unit 7A
Including but are not limited to,
Co- defendants Jointly Third Party

South Carolina Law Enforcement
Division
Columbia, SC 29201

LT Governors Office
Columbia South Carolina 29201

U.S. Department of Justice
Office of Inspector General
P.O Box 27606
Washington, DC 20534

Central Office
Federal Bureau of Prison
320 First Street N.W
Washington, District of Columbia 20534

Director of Accreditation on
National Commission on Correctional
Health
1145 W. Diverse Parkway
Chicago, IL 60614

Secretary of Health and
Human Services
Office of Civil Rights
Department of Health and Human Services
United States
JFK Building Room 1875
Boston MA 02203

Food Drug of Administration
South Carolina, of Columbia 29201

U.S. Department of Health,
And Human Services

Washington, DC. 2000 1

Georgia Department of Corrections)

4tlanta, Georgia

INdividual Patents
Columbia Regional Care Center
INdividual Patients
7901 FARROW Rd
Columbia, SC 29203

food Drug Administration Act

Atlanta Georgia

Food Drug Administration Act
Washington District of Columbia 2000 1

Cdc
Washington DC 20002
C/o U.S Immigration & Customs Enforcement
Department of Homeland Security
Immigration & Customs Enforcement (Agents)
Atlanta, Georgia

U.S. Immigration & Customs Enforcement
Department of Homeland Security
Immigration & Customs Enforcement (Agents)
Washington, District of Columbia 2000 1

Defendants

# Complaint

ON — May 8, 2016 and August 16, 2016, The Plaintiff haid had been over kept In CRcc Facility Hospital detention for detainee are being held by CRcc under the Mental Health Care treatment and Mental Health Service

Plaintiff the Plaintiff had Never consent and Refusal health Care treatment and — where the Right for Refuse heath Care treatment Was being Violate over and over

treatment for and Medication Was are Not Ever having being Sign consent by the Plaintiff at all being hold Patient — and that Plaintiff complaint aRise above the Violations of the Defendant hand Book Violation the Plaintiff Patient Rights all ten

## Jurisdiction

The United States Districts Courts' Florence District of South Carolina Shall have both original and general Jurisdiction over all Defendants Violations against the Plaintiff Rights, unlawful Neglect

This Court Shall have Jurisdiction under 18 U.S.C 4 Fed. R. Crim. P. 4 and Rule 4 (a)(1) Rule 6 Sections 1,2,3 of title 18 U.S.C 16 (a)(b), Section 18 over all Defendants Pursuant to 42 U.S.C 1981, (1)(2)(3)(4) Sections 1982 (1)(2)(3)(4)(5) and 42 U.S.C 1983 (1)(2)(3)(4)(5)

This United States District Courts have general Jurisdiction —
This Claim of Action Jurisdiction arise under the Pursuant to Am Eight (8) Amendment and Equal Protection Violation 21 U.S.C 571, Section 331 et Seq. Fourtenth (14) Amendment, Fifth (5) Amendment Alien Rights Violation of the Plaintiff Andre Juste, 18 U.S.C 241, 242 both Sections 1224, 1225 Byrd and Shepherd Acts 249 (a) SubJections (b)(1) or (2)

Defendants Violated the 18 U.S.C 16 (a)(b) of 371 et Seq 1503, Sections 1103 of Unlawful Criminal Restraint, falsified 1001 (a)(2)(3), 2332 a, to (a) to (6), kidnaps 1581, Perjury 1621, Rent - Detention Concealing 1951 et Seq (1154 to 1156 (a)(b) or (c) 1961 (1) under 1514, 1512 (a)(1) 1512 (b)(2), both the Section under the 1972 of title 18 U.S.C

Jurisdiction over all Defendants Violated the
Plaintiff Civil + Criminal Rights
18 USC 1244, 1245, Sections 1241, 1242 and 1243 of Fed. R.
Crim. P. 9 (b) (4) (c) 18 USC. Section 1242, 1246, 2342,
524 pp. 6328 or ond 2863 1 to 25 both — under 8 CFR [8 usc
1101 (9) (15) (4), 8 CFR (8 USC) 1101 (9) (15) (T) 1227, 1226 or 1245

Defendant Violations against the Plaintiff
[(Equal) Rights Amendment] Article 5.21, Section-
1) 18 US.C 1791, 1111 and Sections 1112, 1113, 1114, 11144,
1115 of 1441 of 1442 of 28 U.S.C 1738, 1441, 1442

Federal question is 28 U.S.C 1332 (d) (2) (A) Exceed
over $5,000,000.00 and Criminal Act against all Defendant
1331 (9) (Beens Actions) Both

Patent arise under Unlawful Neglect 18 USC 4 18
and 4 Note 13 and or 18 of the Defendants. 33 U.S.C 1391 et sq
for Unlawful Act — Article 2 Section 2, 1) Treaty Remedy
Remedy

Jurisdiction also shall Retain in the united States
District Courts 18 USC 323)(9)

Venue
Venue lies in The united States District Courts' florence
District of South Carolina Plaintiff currently Detained 28 U.S.c
1391 (9) (1) (2) of 1406 (b) (2) over all Defendants

Venue in General in the united States District Courts' 18 USC
3237 (9) florence south Carolina 33 U.S.c Section 1391 et sq 28
U.S.C 1738 State and Federal 1391 (c) (d) (e) and (f)

Parties

Plaintiff is currently Detained (Under) being held Detainee by
Immigration & Customs Enforcement ~ Department of Homeland
Security who is also a Florida Residents of Washington District of
Columbia Presently being held at CRCC —

Defendant Correction
Defendants Columbia Regional Care Center is facilities
Hospital Detention located at 7901 Farrow Radd S Columbia
South Carolina Doing Business as CRCC IN the State of
South Carolina Who Is being Sued in both abilities Individuals
and officials both being held Patents Detained


Defendants Correct care Recovery Solutions is
located at 7901 farrow Rd Columbia South Carolina who is
the Administrative Securtiy Custody officers Doing business as
CCRS in the state of South Carolina who is having
Individual Custody officers facilty in the Hospital Detention
have being Sued as Individual and facities officials both


Defendant Vervelle Fogle is Resident (unknown)
Resident Resides in South Columbia South Carolina —
She is the Doctor in charge as the head facility Hospital
who is being Sued Individual and officials Both

Defendants Cynthia Mr. Fadden is the Head
Doctor in charge of Hospital Facilty Suntention who Resided
(unknown) Resident County Columbia, or Charlotte North +
South Carolina is being Sued Both Individual and officials

Defendants Brice Mcclease is Resided (unknown)
(Resident South Carolina who is the chief of all Individual
Custody officers staffs in the Facility who are being Sued
Individuals and officials Both

Defendants Ronald Lowrenz is Resided and Resident IN Columbia South Carolina is the facilitator administrative at CRCC both who maintain the facility Hospital who is being Sued Individual and officials

Defendants Rose _____ Is Resident (Unknown) Resided isColumbia South Coraling is the facility Maintenance at CRCC facility Hospital who is being 2 Sued Individual and officials

Defendants Nancy. Crawford is the psychic Doctor who Resided (unknown) Resident Columbia South Carolina, who prescribed to the patient Detained Medication who being Sued Individual and officials

Defendants Individual) Medical Staff is the Nurses or at CRCC who is Resided (Unknown) Resident at Columbia South Caroling are Individual. Nurses RN, volunteer Who is Medical Staff whos being Sued Individuals and officials

Defendants Individual Custody Officers is the Custody Emp Officers Employed by CCRS Carolina who are Custody Officers Involved in who is Resided (unknown) Resident Columbia South are being Sued Both Individuals and official.

Defendants Individual Patient is Detained that have being been by CRCC currently detained at 7901 Farrow Radd Columbia, SC who were being Rioted Engaged Inciting Wars interacting against the Plaintiff are being Sued Individuals

Defendants 5$ Department of Justice office of Inspector General is the Secretary inspector for the Department of Homentland Security for INvestigation located at a in washington, District of Columbia Resident (unkhown) Resident District of Columbia who being Sued both Individuals and officials

Defendants Central office federal Bureau of Prison 3$ Located 3$ First Street N.W washington D.C is the Head Correctional of prison Deton is Doing Business as prison of correctional in the District of Columbia who being Sued individuals and officials both

Defendants Director Acreditation National Commission on Correctional Health is located in at 1145 W. Diversey parkway Chicago IL 60614 who is doing business as Director Diverse acreditation in the State of Lllonois the office of Health correct who being being Sued Individual and Both officials

Defendants Secretary of Health and turrent Services office of civil Rights Department of Health and united States Do who is located at JFK Building Room 1875 Boynton, Ma 02203 who is doing Business in the State of Massachusetts as united States Department of Health an Human Services who is being Sued Individual and officials Both

Defendant US. IMigration Customs Enforcement Department of Home land Security is located ~ ATL, georgia and Washington DC agencies ICE Agents been Sued Individ the official

Factual of all Common

ON — August 16 2016,
The Plaintiff Andre Juste/Juse _____ was Psent back to
Columbia Regional Care center and Correct Care Recovery
Solutions — (Columbia Regional care center) who being held the
Plaintiff unlawful Neglect and willful Housing, wrongful
care treatment IN Facility Hospital Detention —

Dhave the dates the Plaintiff had Never had been
Sign an Acknowledgement Recipt of the Following:
Patient Rights and Responsibilities, Notices of Privacy Practices
Medical treatment consent to the Defendants both Recieved
treatment under HIPAA and Rights & Responsibilities

Where by these Rights of the Plaintiff the Defendants
have been Violated and failed to Returned the Plaintiff Back
to KTU in Miami Florida — Defendants was forcible
taken Medication with out Consent — Medical treatment
Consent that is being unlawful+will ful both wrongful
and willful Housing with out Sign an Acknowledge
ment to Correct Care Recovery Solutions and Columbia
Regional care center.

Then all that was Required in the Columbia
Regional Care Center Hand Book — Patient Hanbook

Where is Defendant also Tampering With the
Plaintiff food + Drink by Inserted chemical device Elemen
Emental of Element liquid — and Baffle

Which Possessing used Poisonous to slow the
Plaintiff heart down pher Nalia and unlawful drug
Introduction arkotics and cotics that Individuals medical
Staff and Nurses, Including but are Not limited to, custody
Officiens both Engaging and inticing Patients, other
Patients Interacted against the Plaintiff

that causes and Shall cause Injury to the Plaintiff
bodily harm for the Defendants by Defendants the Medical
Staff One another threatened of being against the Plaintiff
In any other form of harm Exploitation, in clothes, foods,
water drinking water, eating, Shower ect...

The Defendants became threatening devices int
Inciting and Engaged In of Patients for Preparing, Circula-
ting, Soliciting Support for Prohibited group Element
Bio chemical Exortion, Black mail, Protection demanding
for Interacted bodily harm to the Plaintiff and against the
Plaintiff both

The Defendants using have an incediary device
the Defendants Patients, Medical Staff and custody officers,
Including but are not limited to, Volunteers, Employees any
Act that Endanger the Plaintiff life and Protected unsafety
In the Facility Hospital Detention Defendants

Defendants Patients Detain has also Engaged and INCI INflicting also incenting Rioted against the Plaintiff Physically Personal INteracted toward one against the Plaintiff by the above Defendants — who acting as Element and INcluding the Arsenic and Buffle that both Individual Medical Staff and Custody officers Engaged the Patient as co-Defendants to —

Thanks to God through The Lord Jesus this God Son Died in the Cross For me Keeping me alive where those Defendants Attempted to Kill me through Medical Devices, Bio Chemical Element INsert in the Plaintiff food + Drink, Gill —

But God Mercies and grace Saved My life Keept o me the Plaintiff alive to this day ongoing Detention unlawfully detained From Townes V. New York City without — Thank the Lord God for all Preserved me Keeping me saved in all of all —

Plaintiff is being Exploited of Emotional physical irreparable did to hurt to Killing me without —

Thank You God IN Jesus Name of Nazarene

Grand

The Petitioner has been Unlawful Housing the Petitioner twice and — after Refused to sign Consent for treatment ON May 8, 2016 and to July 14, 2016, and then on August 16, 2016 The Petitioner was Sent back to CRCC + CCRS — Both Respondents failed Advising the Sending Agency that Plaintiff Should be Returned to Regular — Columbia Religional Care Center

Then the Petitioner was transfer to KTU in Miami, Flo Where both Respondents failed to advise the Sending Agency Should Not Return the Plaintiff For the Same things over and over.

Wherea's the Defendant — Respondents anguishing the petition Detaining time falsely Reppelling — Advualing Con—cels lies the Petitioner With Other _____ Meditiongted

That the Petitioner was not under the Mental Health De-tention Prior Received care isince the Petitioner have been Refusing the Right care treatment from the Mental Health Service

Respondents Noted fouling Orders Written Stakment oppositled From the Result of the Petitioner Composure of Positive behavior Did Not have needed to be put or Medicated

The Petitioner is Now filing the Petition for a Expediated hearing XAC Automatically Under the Rule 35 Governing Pursuant to 28 U.S.C 2242 and Motion Pursuant to Fed. R. CW. P. 35 and INJunction Rule 65(a) of INJunction

This Petition has Now for Motion to be heard XAC automatically Expediated immediatly in Consideration of unlawful Neglect Care treatment Under the Mental Health Service

Errcc facility Hospital has been Unlawfully cal ___over held the Petitioner — the Respondents have been Negligencely and Neglect the Care of Petitioner Andre Just after being Refused Care treatment — on Refuse _____ Care treatment over and over —

Respondents failed to advice the Sending Government Agency that the Notifying of care Patient Stabbelize Set — Where by Violated the Rights of the Petioner for Not establish the Polilies, procedure of the Columbia Regional Care Center Patient Right & Responsibilitie

That Respondent KNEW th Petitioner did not Need to be on medikation at this time currently present on being medicated with on A load Medecine

# Statement of Claim

Defendants on both arrival of the CRCC and CCRS negligibly violated the Rule of Patient Hand Book of Columbia Regunial Care center___

(a) Staun of Clun. Defendants Violated the Patent Rights unlawful and willfully against the Patient to Refuse health care treatment

(b) Statement of Clem: Plaintiff is Rights having been Violated by the ~~Plaintiff~~ Defendants upon Plaintiff didnot Sign an Acknowledge ment/Receipt of the HIPAA and Rights e Responsibilities violations Patient Rights

(c) Statement of Claim: Defenders Failed to Return the Plaintiff to the Agency Sending Agency knowing the issuance time wu not on issue f with plaintiffs

(d) Statement of Claim: Defendants Violated the Plaintiff Rights unlawful intent, wrongful Housing Unlawful using Indicendiary devices against the Plaintiff Health Care (Services)

(2) Statement of Claim - Defendants unlawful Neglect other (forms of Physical Encounter including Devices md—

(f) Statement of Claim - Defendants Engaged; INticing the Patients Riot against the ~~Defendant~~ Plaintiff IN PeRformance Prohibited

(G) Statement of Claim — Defendants Tampering with the PlaintIff food and Drinking by d INCio- Incendiary device

(H) Statement of Claim; Defendants Settled Assaulting Serious Physical INjuries have been carriedo. Carried out by Defendants INDividing custody officers, patients, Medical Staff, Nurse and Administrative INstitutions

(I) Statement of Claim; Defendants applies posed a threat to the Plaintiff life Serious Bodily harm I RRepable
IN Riot - conspiracy of Prohibited Act of treason 7 - Patriot Act Possession of unlaw

(j) Statement of Claim Plaintiff has been Suffered Defendants unlawful State Color of another authorities or bely operations Severity device Bio Agent IN furtherance Physical INjuries algany

# Claim Of Relief

1. Plaintiff Re-alleges and Incorporates by Paragrahs Reference Set Full Above here in Forth

Defendants have Violated the Plaintiff Rights, Patent Rights Kolumbia Regional Care Center Patent Hand Book from A to 10 Patient Right & Responsibility —

Defendants failed by Violating Required by State and federal law to Maintain the Privacy of Propection Plaintiff Protected IN Sum of 37,000,000.000.00

2. Plaintiff Re-alleges and Incorpare tes by References and Paragraphs Set forth full & bove herein

Defendants Violated Confidential Information Privacy Practices, IN Platient hand Hand Book Of Defendants Notice of Praecacy Practices

Defendants ___ failed failure to accomplete und accurate Information, Seriously Jeopardize the Housing Facility Hospital unlawful Retention Without Consent IN Sum of $37,000,000,000.00

3. Plaintiffs' Andre Juste Re-alleges and IN corporates by References Paragraph 5 Set fully above here IN fort Plaintiff is having been Fran: agony of anguish personal Experience Concern Violation care and Safety Stay at Columbia Care Concern Regional care Concern Endanger Defendants Intentional Indirectly Servalety Severity Retalation against the Plaintiff failed Right to Protection from abuse Including but are Not limited to Physical abuse, Emotronal an other form of Exploitation IN Sum of $37,000,000,000.00

4) Plaintiff Re-alleges and Incorporates by Refe-
rence Paragraphs Set Forth fully above herein
through the complaints

Defendants using have an an incendiary device
Bio chemical Elemental Medical device
unauthorized of use Equipment and Machinery
Computer In Sum of $37,000,000,000.00.

5) Plaintiff Re-alleges and In Corporates by Reference
Paragraphs through Set fully forth herein above

Defendants failed the Failure to follow Safety
Regulation Malingering dangerous chemical, device
Tampering with the Plaintiff food and drink In Sum
of $37,000,000,000.00

6) Plaintiff Re-alleges and Incorporates by Reference
Paragraphs Set forth above herein through the
Complaint fully

The Plaintiff have anguish Pain and Suffering
agony serious Physical Injuries from the Defendants
have adultered of the Plaintiff food and drink caused an
Encouraging others     to riot In Sum of $37,000,000,000.00

5) Plaintiff Re-alleges and In Corporates by Reference
Paragraphs through Set herein fully above Forth

Defendants Perman – Performing bribery duties Corrupted
official Agent Chemical, Device to Attempt to kill Plaintiff
In Sum of $37,000,000,000.00

WhereFore, Plaintiff Moves this Court
Respectfully Requested that Sh Judgment Shall
Prosecute against the Defendants For Exploitation
of any FORMS, Failure to Despondent _answswer the
Complaint of th Plaintiff Shall be ENtered Judgment
bey default XSC automatically Rule 55 (s)

1. Plaintiff's Request that Remanent
   Enjoming INjunction against all the
   Defendants for any others forms of
   Exploitation harm indirectly

2. Defendants Shall be Recompensated
   the Plaintiff of unlawful and willfully
   Retention Housing Plaintiff Mental Health
   Care treatment

3. Defendants Shall Not be Manipulated
   the Plaintiff IN any Resonable Staff and
   Statment Saying unappropriate _____
   Needs Met are Not INto use Procedure
   IN unlawfully and Wrongful Manner Practice

Such and Other Relief the Shall deem Just and Proter_
In the Equitable of the INterest of Justice

                              Submitted

7 Justee 8/19/2016  2 Gr. Cheese  Change from
Styro      @ Dinner    2 cheese sanded to
                        + grilled cheese

ON 8/17/2016 Both are Tampera-
tion with my — Andre Juste Food and Drink the
adulteration with Plaintiff Food and Drink by
change he the Stick on the Above days date to
present

7 Juste, 8/17/16 Styro
2 Cheese sand.    it changed from
                  2 cheese sandwich to
                  2 grilled cheese "#""

7 Justee - Styro 8/18/16
2 Grilled Cheese @ Dinne

ON 18 of august 2016 The nursing Staff and
custody Officers are inticing Tampering with Andre
Juste Plaintiff — Food and rinks including Adulteration
of Plaintiffs — Andre Juste Food and Drink in Viola-
tion of Food and Drugs Administration Act against the
Plaintiff

ON 18/18/2016
7 Justee Styro lunch 12:00 PM
2 Grill Cheese @ Dinner

              Respondents

Alhaboosh    Finger Food    Defendants had
                           Spices Changed By Puttin
NO Dry/ Onion/ pepper/      an Petition Plu over
Replacing Sticker 8/18/2016 7 Justee - St   Someone Food Dri
misspelling the    BreadKfast
Attent Name for               as Diverse to Me
Ear in Changing  8/19/16 Justee - Styro 8/19/15
Sticke Replaced  8/10 AM  7  2 Gr. Cheese @ Dinner

STYRO
sandwich with dinner

8/10/2016 Lunch

→ Justee - Styro
2 Grill Cheese @ Dinner

to another Patient Tray. If Replacing. Stick on other Sticker on
This is How they have Miss — Tampering
with the Plaintiff food and drink changed-changing Sticker.

7 Justy STYRO
2 cheese sandwich with dinner

Mis spelling the Plaintiff name

7 Justy STYRO
2 cheese sandwich with dinner

Scard this How
anna Missed spelling my Change

→ 7 Juste Styro 21 Aug. 2016
2 Gr. Cheese @ Dinner When top

Sunday 21, 2016 or Change

Some have double laid over

7 Justy STYRO    dinner
2 cheese sandwich with dinner

They have Change all the labor Sticker
+ Give Me (Andre Juse) Some one else food the
How the Defendant Adaltenation of _____ Plaintiff
food and drink by Replacing an other Sticker on top of
an other Patient Sticker a Tray

This is How my Nan is Spelled correcked

and

**7 JUSTE Styro**
Send juice in place of milk

Lunch

that thies is How individuals and Nurse and custody
officers how changing Replace the Sticker -
on Brankfast with lyon up the its double Sticker

**7 Justy STYRO**
2 cheese sandwich with dinner

**7** Justee - Styro Breakfast
2 Gr. Cheese @ Dinner

[Lunch the Nurses and custody officers change the
Stickers by Misspelling my Nane

**7 Justy STYRO** 8/20/2016   Lunch
2 cheese sandwich with dinner

on the Break Fast you cany the double Sticker during a
whole full week. Ill dividual Nurses and custody officers
have been Replace by Sticker hand Right on

**7** Justee - Styro
8/22/2012 Gr. Cheese @ Dinner

**7 Justy STYRO**
2 cheese sandwich with dinner

**7 Justy STYRO**
2 cheese sandwich with dinner
Lunch  8/23/2016

How Lunchnni the Nurs change Replace anothe
Sticker on top of another Patient with my Nane

**7** Justee - Styro 8/23/2016
Breakfast 2 Grill Cheese @ Dinner

cs you can See Hat _____

United States District Court
Florence a District South Carolina

Andre Juste 4078-367-619
C/O CRCC #2864109
7901 Farrow Rd
Columbia, SC 29203

V

Petition For
Permanent INjunctive /INjunction

CASE No 4078-367-619
Permanent INJunction and INJuntive
against Deffendants XAC Hearing

Correct Care
Recovery Solutions
7901 Farrow Rd
Columbia SC 29203

Columbia Regional
Care Center
7901 Farrow Rd
Columbia, SC 29203

Nancy Crawford
7901 Farrow Rd
Columbia SC 29203

O/O Kevin Thomson
C/O Immigration & Custody
ENForcement (4 gent)
7901 Farrow Rd
Columbia SC 29209

C/O U.S. Immigration & Customs ENforcement
Department of Homeland Security
Atlanta Gorgia

Petitions for Remnant INJunctive

The Petitioner is Now filing a Permanent En—
Joining INJunctive and INJunction hearing XAC Imme—
diately Expediated automatically under the Rule
65(a) and Motion Pursuant to Rule 35 both Governing
under 28 U.S.C Section 2242, above

This Petition has Not Requested to be heard
XAC automatically Expediated immediately
In consideration under unlawful Neglect / care
treatment under the Mental Health Services Columbia
Regional Care Center — facility Hospital Detention

Both Respondents Hospital facility Detention
had been held the petitioner unlawful
Respondents have been Neglect and Negligency Care
fre — Refuse consent for treatment Refusional
was being Kept unlawful and willfully Restraint

Respondents Failed to Notified the Sending
Agency that the petitioner is stabilized with and
without Medication when they should have Not Returned the
Petitioner with the Same issue that the Petitioner
was being un-lawful and wrongfully treat all with out
consent for care treatment

Jurisdiction

This US District Court, Florence, South Caro-
lina Shall have Jurisdiction, Original and
Extra Jurisdictional IN Junction and INJuntite
against All the Defendants under unlawful Neglect

This Court shall general - general Jurisdic-
tion over and against all Defendants Pursind
Rule 65(a), 18(b), & 4 N.B, w 18 an Section P,
16(a)(b) of Title 18 U.S.I Sictions 1, 2, 3, Prat § 371 of lu
241 - 242 of Sections 1224 and 2225 of

Defendants Violated the 18 U.S.C 2332(c)
233(h), or 2332a -2332a(q) to(e) of A7a bath,
42 U.S.C 1981, 1982 Venue

The Venue Lies in United States District Court,
Florence, South Carolina of 28 U.S.C 1391 (a)(1)(2)
the Section 32 37(q), 1407 (b)(1) of 18 U.S.C 18, Section
2244, 2245, of Fed. R.Civ.P. 65(a) of 33 U.S.C 1391 et seq.

General Venue is INJuction and INJunctive
Permanent Enjoining INJunctive and INJunction against
All and over all Defendant Which is Plaintiff currently
Detained being held by Defendants CRCC and CCRS

Ground _

The Petitioner has been Unlaw ful and willfully Housing, Neglect Housing Without Consent for care treatment both

ON May 8, 2016 to P. July 14, 2016 thereon When after the Petitioner Was Released or discharged

And the August 16, 2016 the Sending Agency Send back, Returning the Petitioner to the Respondent both, Failed Notifying and Advising the Sending Government Agency that the Petitioner Should not be Returned for the same

Here after the Petitioner Was transfered to KTU IN Miami, Florida -
Where both Respondent failed to Notifying ORDer the Sending Agency that Petitioner Should Not be Returned over bz cause the Petitioner is stablized with and With out Medication prescribing or treatment unless otherwise Not for the same (thing over and over Since Petitioner is able to function with out being Medicationaled Medicating ON Medecine

Where as both Respondents anguished have the Petitioner falsifed Mental Health Probe (Service) care should Not Reppelling

Where by the Petitioner Should not be pulled
Into any form Exploitation of harm by the Respondents

Whereas the Petitioner Set Enjoining Permanent
Injunction against the correct care Recovery Resolutions
and Columbia Regional care Center for falsely and
falsified documents In Order the Petitioner Andre Just
Release/discharge order of the Petitioner

Wherefore the Petitioner Moves this
Court Respectfully Request to Enter a Permanent
Enjoining Injunctive and Injunction, under the
Rule 65(a) against the Respondents columbia
Regional Care Center and correct care Recovery Such
Other Relief as this shall Court deem Just and Proper In
the Interest of Justice

CONclusion –
        For the Reasonable Set herein above the Peti-
tioner Request that a Permanent Enjoining Injunctive
and Injunction against the Respondent Shall be Entered
as the court shall deem Other Relief In the abve

                Truly Yours

Andre Just

Wherefore the Plaintiff is Now and Moves the Court that Respectfully Request Jugment Should be against the Defendants failure to answer and Respond the plaintiff Complaint, shall be Immediately Judgment by Default Rule (55 (1)

1. Plaintiff is Request this Shall be Entered court Permanent Enjoining Injunctive and Injunction Including but are not limited to, Rule 65(a) In-Junction against the Defendant

2. Defendants failed to Properly Discharge Release the Plaintiff with-out Returning back the Plaintiff for the Plaintiff war again

3. Defendants Violated the Plaintiff criminal + Civil Rights and Human Rights by be Unlawful Neglect, Criminal Destraint — Negligency

4. Grant.

Such other Relief and this Court Shall be deemed Just and Proper in the Equitable of Justice

Submitted Respfelu

Andre Jn