IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ANDRE JUSTE, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:16-2974-MGL |
| | § | |
| COLUMBIA REGIONAL CARE CENTER, | § | |
| CORRECT CARE SOLUTIONS, | § | |
| DR. VERNELLE FOGLE, | § | |
| DR. CYNTHIA MCFADDEN, | § | |
| BRICE MCCLEASE, | § | |
| RONALD LAWRENCE, | § | |
| ROSE, | § | |
| NANCY CRAWFORD, | § | |
| INDIVIDUALS, MEDICAL STAFF, NURSES, | § | |
| VOLUNTEERS, | § | |
| INDIVIDUALS, MEDICAL STAFF, SECURITY | § | |
| CUSTODY OFFICERS STAFF, | § | |
| PATIENTS, INDIVIDUAL PATIENTS, | § | |
| SOUTH CAROLINA LAW ENFORCEMENT | § | |
| DIVISION, | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
| DIRECTOR OF ACCREDITATION ON | § | |
| NATIONAL COMMISSION ON | § | |
| CORRECTIONAL HEALTH, | § | |
| SECRETARY OF HEALTH AND HUMAN | § | |
| SERVICES, | § | |
| FOOD AND DRUG ADMINISTRATION, | § | |
| U.S. DEPARTMENT OF HEALTH AND | § | |
| HUMAN SERVICES, | § | |
| GEORGIA DEPT. OF CORRECTIONS, | § | |
| INDIVIDUAL PATIENTS, | § | |
| C.D.C., | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, and | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, | § | |
|     Defendants. | § | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING THE COMPLAINT
WITHOUT PREJUDICE AND WITHOUT ISSUANCE AND SERVICE OF PROCESS

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting the Complaint be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 3, 2017, and the Clerk entered Plaintiff's objections on February 21, 2017. The Court has reviewed Plaintiff's objections, but holds them to be without merit. Hence, it will enter judgment accordingly.

Here is Plaintiff's objections in their entirety: "I, the Plaintiff Andre Juste object[ ] [to the] Report and Recommendation[.] [I] desire to appear for a fair trial and fairness hearing. I entered [my] request to have a jury trial as amended . . . by objecting [to] this Report and Recommendation[.]" Objections 1. Given Plaintiff's failure to lodge a specific objection to the Report, the Court will overrule this objection.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report, and incorporates it herein.

Therefore, it is the judgment of this Court the Complaint is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 28th day of February, 2017, in Columbia, South Carolina.

s/ Mary Geiger Lewis<br>MARY GEIGER LEWIS<br>UNITED STATES DISTRICT JUDGE

*****
### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.